# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02710-SDG
## Connell et al v. Metro Corral Partners, LLC
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 05/07/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:50 A.M.        COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:50                    DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Campbell representing Metro Corral Partners, LLC<br>Vincent Lauria representing Barbara Connell<br>Vincent Lauria representing Gregory Scott Williams<br>Nnenna Opara representing Metro Corral Partners, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery disputes submitted by Plaintiff to the Court pursuant to its Standing Order. Defendant is ORDERED to supplement its responses to certain discovery requests discussed on the record within 14 days. Plaintiff's counsel is ORDERED to submit a proposed Order consistent with the Court's rulings to Chambers by Monday, May 11, 2020, after conferring with Defendant's counsel. Defendant's oral motion to extend discovery is GRANTED. The discovery period shall close on July 15, 2020. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |